and order affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Smith, McAvoy and Martin, JJ. Clarke, P. J., and Dowling, J., dissenting.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. HARRY WEINBERGER and Others, Appellants.— Judgment and orders affirmed. No opinion. Present — Clarke, P. J.. Dowling, Smith, McAvoy and Martin, JJ.

WALTER T. STALL and Others, Respondents, v. JACOB HANAUER, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Smith, McAvoy and Martin, JJ.

KARL HERSHON, Respondent, v. EXCEL MFG. Co., INC., Appellant.—Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Smith, McAvoy and Martin, JJ.

In the Matter of Application of THE CORPORATION COUNSEL OF THE CITY OF NEW YORK for the Appointment of Commissioners of Estimate and Assessment to Ascertain and Determine the Compensation which Should Justly Be Made to Owners Abutting on Terrace Place and Robbins (Jackson Avenue) Avenue, for Damages Caused by the Closing of Portions of Terrace Place, between Eagle Avenue and Jackson Avenue, and Robbins (Jackson Avenue) Avenue, between East 149th Street and Westchester Avenue, Situated in the Borough of The Bronx, City of New York.* THE CITY OF NEW YORK and Another, Appellants; HENRY LIPPS, JR., and Others, Respondents.— Order so far as appealed from affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Smith, McAvoy and Martin, JJ.

In the Matter of Petition and Application of BESSIE DOHERTY SCULLY and Another, Appellants, to Determine the Validity, etc., of a Testamentary Disposition of Real Property under Last Will and Testament of JOHN F. MORRIS, Deceased, v. Dr. PETER MURRAY and Another, as Executors, etc., of JOHN F. MORRIS, Deceased, Respondents.— Decree affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Smith, McAvoy and Martin, JJ.

THE BANK OF UNITED STATES, Respondent, v. HENRY WITTY and Another, Copartners, etc., Appellants.— Order affirmed, with ten dollars costs and disbursements, with leave to defendants to serve an amended answer within ten days from service of order upon payment of said costs. No opinion. Present — Clarke, P. J., Dowling, Smith, McAvoy and Martin, JJ.

THE BANK OF UNITED STATES, Respondent, v. HENRY WITTY and Another, Copartners, etc., Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Smith, McAvoy and Martin, JJ.

JOANNES BROTHERS COMPANY, Respondent, v. CZARNIKOW-RIONDA COMPANY, Appellant.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Smith, McAvoy and Martin, JJ.

HARMAR ST. C. DENNY and Others, as Trustees of DENNY OIL COMPANY, Appellants, v. MARK HARRIS, Individually and as Trustee for the HARRIS OIL SYNDICATE, Respondent.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Smith, McAvoy and Martin, JJ.

---

* See Laws of 1895, chap. 1006, as amd. by Laws of 1911, chap. 879, being Street Closing Act. Since amd. by Laws of 1923, chap. 752. See § 13 of said act of 1923.— [REP.